FILED
2025 Oct-30 AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

**PAULETTE TENNISON,**
**AS ADMINISTRATOR OF THE ESTATE OF**
**JOHN SCOTT JR., DECEASED,**

**Plaintiff,** **CIVIL ACTION NO: 5:25-CV-01466**

**Vs.**

**CITY OF DECATUR, ALABAMA, ELI CARNES, JONATHAN ESPINO, LANDON WALLACE, KEITH RUTHERFORD, OFFICER PEDRO & MIKE BURLESON, MORGAN COUNTY SHERIFF'S OFFICE, MARTHA HUDSON-PEPPER, SUSAN GOOCH, BRIAN HANDCOCK, LEVI DENNEY, JESSE HILLS, SABRINA BROWN, GEORGE SALES, MR. KIKUT, DONALD WHITT, JESSE GARCIA, CITY OF PRICEVILLE, ALABAMA & GARY CHAPMAN,**

**Defendants.**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT'S GARY CHAPMAN AND CITY OF PRICEVILLE, ALABAMA ONLY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that she voluntarily dismisses this action **without prejudice** as to Defendant's Gary Chapman and City of Priceville, Alabama Only. Each party shall bear its own costs and attorney's fees.

Respectfully submitted on this the 30th day of October, 2025.

ATTORNEY FOR PLAINTIFF

*/s/ Douglas J. Fees*_________
DOUGLAS J. FEES (FEE001)
THE COCHRAN FIRM -HUNTSVILLE, P.C.
401-403 Madison Street
P. O. Box 508
Huntsville, Alabama 35804
P: (256) 536-1199 F: (256) 536-7754
*dfees@cochranfirmhuntsville.com*

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all counsel of record via CM/ECF on this the 30th day of October, 2025.

*/s/ Douglas J. Fees*____________________
Douglas J. Fees